*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

ND# 34852
EEOC# 32F202300056

Marlon Mozart Menu.

(Enter full name of each Plaintiff, above)

vs.

WDAY (Forum Communications) North Dakota Human Rights - Labor

(Enter full name of each Defendant, above)

Civil Case No. _____
(To be assigned by Clerk of Court)

JURY TRIAL DEMANDED  ☒ Yes  ☐ No
(Check one)

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions). In efforts in communication w/ the defendant(s) I have reason to believe I am being silenced in regards to a pending litigation of a violation of Title VII laws pertaining to Racial Discrimination / Racial profiling and breach of contract.

SAMPLE COMPLAINT                    1

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

Marlon Mehu - 2414 17th St S. FARGO
APT 105.  58103

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

- Forum Communications Company — Jeff Nelson
  101 5th St. N, FARGO ND 58102 — Drew Trafton  _Individuals._

- North Dakota Department of Labor    _Individuals_
  and Human Rights.                    Kathy Kulesa.
  600 E. Boulevard Ave Department.
  406, Room 107, Bismarck, ND
  58505.

**SAMPLE COMPLAINT**                                   2

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary. Over 3 months of electronic communication 10 messages all together in regards to a breach of contractual duties; WDAY (Forum Communications) has sabotaged my contractual agreements in company in a manner that was countenary to Title VII Laws and regulations

- Kathy Kulesa on March 9th saioded an offer was rendered to me from WDAY and a counter offer was sent back via email unanswered for more than two months.

- Drew Trafton falseified contrakts to lure me away from an already established career to only lie about stipends and bonuses.

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings. ND Human Rights + Labor Bismarck

Compliance Investigator
Kiersten S.
701 328 3228
Email: Kierstens@ND.gov

Last offered:
Severance pay
(4) weeks

Kathy Kulesa
701 328 2031
Email: KKulesa@ND.gov

**SAMPLE COMPLAINT**                3

**VI. RELIEF.** State what you want the Court to do for you.

Counter offer:
Compensatory damages - "Front pay"
$94,000

Compensatory/punitive damages
Emotional distress + Mental anguish
(Racial Discrimination)
12,000,000               Total: 12,094,000

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this 22 day of May, 2023.

M. Mehu
Signature of Plaintiff

Marlon Mehu
Printed Name of Plaintiff

2414 17th St. S, Fargo
Mailing Address

58103
City, State, Zip Code

224 619 5957
Telephone Number of Plaintiff

_____
Signature of Plaintiff

_____
Printed Name of Plaintiff

_____
Mailing Address

_____
City, State, Zip Code

_____
Telephone Number of Plaintiff

**SAMPLE COMPLAINT**                         4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Marlon Mehu
Plaintiff(s),

CERTIFICATE OF SERVICE

Case No.

Individuals v.
Drew Trafton   WDAY (Forum Communications)
Jeff Nelson
             North Dakota Human Rights    Individuals
Defendant(s).    Labor Department    Kathy Kulesa

I hereby certify that an exact copy of the following document(s) was served upon all attorneys of record or upon all parties, if not represented by an attorney, by placing a copy in the United States Mail, postage prepaid, and mailing to their last known address.

Document(s) sent:

Names & Addresses to which the document(s) was sent:

Dated: 5/22/23

Signature of Plaintiff