UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Marlon Mozart Mehu

[NOTE: Enter the FULL name of each Plaintiff]

CONSENT/REASSIGNMENT FORM
FOR PRO SE AND/OR PRISONER
CASES

vs.

WDAY; Forum Communications Company, Jeff Nelson; Drew Trafton
North Dakota Human Rights & Labor Dept.
Kathy Kulesa

Case No. 3:23-cv-99

[NOTE: Enter the FULL name of each Defendant]

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>. CHECK ONLY ONE BOX.

**Consent** ☑         **Reassignment** ☐

Marlon Mozart Mehu
Party Represented

M. Mozart Mehu
Signature

5/24/23
Date

_____
Party Represented

_____
Signature

_____
Date

**THE CONSENT/REASSIGNMENT FORM SHOULD BE MAILED TO THE OFFICE INDICATED BELOW.**

☑ Office of the Clerk
United States District Court
655 1st Avenue North, Suite 130
Fargo, ND 58102

☐ Office of the Clerk
United States District Court
220 East Rosser Avenue
P.O. Box 1193
Bismarck, ND 58502-1193